**Fill in this Information to identify the case:**

| Debtor 1 | Mitchell | S | McCullough Sr |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Tennessee

Case number: 85-02054

Form 1340 (12/19 Modified)

# MOTION TO WITHDRAW UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the withdrawal of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds. I have fully complied with the requirements of 28 U.S.C. § 2042 and the Instructions for Filing Motion to Withdraw Unclaimed Funds located at www.tnmb.uscourts.gov.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $943.29 |
|---|---|
| Claimant's Name: | Mitchell S McCullough Sr |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 5516 Eulala Dr.<br>Antioch TN 37211<br>(615) 218-3976 |

### 2. Movant Information

Movant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[X] Movant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Movant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Movant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

[ ] Movant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

[X] Movant has read the court's instructions for filing a Motion for Unclaimed Funds and is providing the required supporting documentation with this motion.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Movant is the party filing the motion. The Movant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☑ Movant has sent a copy of this motion and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Tennessee
110 9th Avenue South, SuiteA-961
Nashville, TN 37203

### 5. Movant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 5/22/21

_[signature]_
Signature of Movant

Mitchell S McCullough Sr.
Printed Name of Movant

Address: 5516 Eulala Dr
Antioch TN 37211

Telephone: (615) 218-3976

Email: _____

### 5. Co-Movant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

N/A
Signature of Co-Movant (if applicable)

N/A
Printed Name of Co-Movant (if applicable)

Address: _____

Telephone: _____

Email: _____

### 6. Notarization

STATE OF TN
COUNTY OF Rutherford

This Motion for Unclaimed Funds, dated May 22, 2021 was subscribed and sworn to before me this 22 day of May, 20 21 by

Mitchell Mcclough

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _[signature]_

STATE OF TENNESSEE NOTARY PUBLIC RUTHERFORD COUNTY

My commission expires: 08-22-2022

### 6. Notarization

STATE OF _____
COUNTY OF _____

This Motion for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: _____

# GENERAL AFFIDAVIT

The within named person (Affiant), Mitchell S McCullough Sr, who is a resident of Davidson County, State of Tennessee, personally came and appeared before me, the undersigned Notary Public, and makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of his/her knowledge:

I am the Mitchell S McCullough who filed for bankruptcy in 1985 in the Bankruptcy Court for the Middle District of Tennessee.

I do not remember who my attorney was back in 1985. I have no way of knowing who the Trustee in my case was due to the age of the case. I am only able to comply with LBR 9013-1 by serving the current United States Attorney & the current United States Trustee.

Dated this 22 day of May, 2021.

_Mitchell S McCullough Sr_
Signature of Affiant

==================================================================================

State of TN
County of Rutherford.

Subscribed and sworn to, or affirmed, before me on this 22 day of May, 2021 by Affiant Mitchell McCullough.

_[signature]_
Signature of Notary Public

08.22.2022
My Commission Expires:

[Notary Seal: ANAKARINA LUMMIS, STATE OF TENNESSEE, NOTARY PUBLIC, RUTHERFORD COUNTY]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: Mitchell S. McCullough Sr

CASE NO. 85-02054
CHAPTER 7

Debtor(s).

JUDGE Marian F Harrison

THE DEADLINE FOR FILING A TIMELY RESPONSE IS: JUNE 29, 2021

IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE HELD ON by AT&T conference line number 1-888-363-4749, Access Code

## NOTICE OF MOTION TO WITHDRAW UNCLAIMED FUNDS

Mitchell S McCullough Sr has asked the court for the following relief: Motion for Payment of Unclaimed Funds in the amount of $943.29.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Clerk's Intake Department at (615)736-5584.

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date: 5/22/2021                Signature: *Mitchell McCullough Sr*
                               Name: Mitchell S McCullough Sr
                               Address: 5516 Eulala Dr
                               Antioch TN 37211

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

U. S. Attorney for the
Middle District of Tennessee
110 9th Avenue South, Suite A-961
Nashville TN 37203

**Debtor's Name and Address:** Mitchell S McCullough Sr
5516 Eulala Dr.
Antioch TN 37211

**Debtor's Attorney's Name and Address:** Unknown

**Original Creditor's Name and Address:** N/A

**Names and addresses of any other parties served:**
U. S. Trustee
701 Broadway Ste 318
Nashville, TN 37203

_5-22-2021_
(Date)

_Mitchell S McCullough_ (signature)
(Signature)

Mitchell S McCullough Sr
(Name Printed)

5516 Eulala Dr
(Street or P O Box Address)

Antioch
(City)

TN
(State)

37211
(Zip Code)

# U.S. Courts Unclaimed Funds Locator



Court / ALL

| Case Number | 85-02054 | Page Total | $943.29 |
| Last/Business Name | MITCHELL S. MCCULLOUGH | First Name | |

Creditors | 1

| | Court | Creditor Name | Amount |
|---|---|---|---|
| | TNMB | Mitchell S. Mccullough | $943.29 |

# Expanded Person Search

SSN: ███5178 Min Age-███

## MITCHELL S MCCLLOUGH SR

*show alias (11)*

**SSN:** ███-5178
*Issued in Tennessee: 1974*

**DOB:** ██/1958 (62)
*show other seen DOB (1)*

**Likely Current Address:** 5516 EULALA DR, NASHVILLE, TN, 37211 (DAVIDSON) (04/01/2009-Current)
**Last Seen Email Address:** MITCHELLMCCLLOUGH@GMAIL.COM
**Last Seen IP Address:** 2607:FB90:58E7:5F59:6522:7BD4:3288:F88
**Bankruptcies:** None Found
**Liens:** None Found
**Judgments:** None Found
**Foreclosures:** Yes
**Possible Criminal/Infractions:** Yes
**Business Affiliations:** None Found
**Professional Licenses:** None Found

**Phone (Last Seen)**
C:615-218-3976 (01/02/2021)
VERIZON WIRELESS-TN
R:615-331-4389 (04/01/2016)
BELLSOUTH SO CNTL
R:615-287-1460 (04/01/2016)
TENNESSEE TEL CO

**Likely Relatives (R) and Associates (A):**
(R) -DEBRA MCCLLOUGH (62)
(R) -SONYA MCCLLOUGH (58)
(R) -ALFREDA SMITHSON (59)
(R) -CRYSTAL DAVIS (36)
(R) -MITCHELL MCCLLOUGH (37)
(A) -STEPHANIE ARRASMITH (46)
(A) -THERESEA BUTTS (54)
(A) -CHRISTY CUNNINGHAM (41)
*show more (6)*

**Address (County/Parish/Borough) History:**
5516 EULALA DR, NASHVILLE, TN, 37211 (DAVIDSON) (04/01/2009-Current)
1421 HUNTINGTON DR, MURFREESBORO, TN, 37130 (RUTHERFORD) (10/17/2017-10/27/2018)
175 HOWARD WOODY DR, LA VERGNE, TN, 37086 (RUTHERFORD) (08/01/2011-06/26/2012)
1323 LAKESHORE DR, MURFREESBORO, TN, 37130 (RUTHERFORD) (10/01/2010)
513 DANLEY CT, ANTIOCH, TN, 37013 (DAVIDSON) (06/02/2009-12/25/2009)
209 CEDARCREEK DR, NASHVILLE, TN, 37211 (DAVIDSON) (04/01/2009-12/31/2011)
PO BOX 981, LA VERGNE, TN, 37086 (RUTHERFORD) (04/01/2009)
PO BOX 702, LA VERGNE, TN, 37086 (RUTHERFORD) (08/01/2008-05/30/2009)
12029 198TH ST, SAINT ALBANS, NY, 11412 (QUEENS) (12/18/2007-04/26/2008)
319 PINE RIDGE LN, LA VERGNE, TN, 37086 (RUTHERFORD) (03/07/2005-12/15/2015)
248 LAVA CT, ANTIOCH, TN, 37013 (DAVIDSON) (08/01/1994-12/15/2015)

1508 DICKERSON PIKE LOT G17, NASHVILLE, TN, 37207 (DAVIDSON)
(08/01/1987-12/31/1987)
227 FRANKLIN RD, FRANKLIN, TN, 37064 (WILLIAMSON)
(07/01/1985-12/31/1994)

hide addresses (5)



(Y)

(Y)

**Possible Email Addresses:** (Last Seen)
MITCHELLMCCLLOUGH@GMAIL.COM(01/02/2021)
MCCLLOUGHM@YAHOO.COM(06/14/2014)
NOJOVI@AOL.COM(11/06/2011)

**Possible IP Addresses:** (Last Seen)
2607:FB90:58E7:5F59:6522:7BD4:3288:F88(01/02/2021)
2607:FB90:26A:8619:8529:E18B:7B71:376A(10/15/2020)
2607:FB90:5839:C359:643F:E858:31B2:8149(09/24/2020)
2607:FB90:6F46:9F5F:7102:9A84:78F7:B504(09/04/2020)
2607:FB90:6C3B:71A0:8172:6FB1:398C:E932(09/02/2020)
2607:FB90:58FD:3DD4:8D90:862E:FB2C:CDD5(08/26/2020)
2607:FB90:58F2:742B:C125:497A:1989:9B2B(08/22/2020)
2607:FB90:5831:9348:49BD:B05E:27C0:D6E(08/09/2020)

show more (10)

IDI is not a "consumer reporting agency" and its services do not constitute "consumer reports," as these terms are defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"). IDI services may not be used in whole or in part as a factor in establishing an individual's eligibility for credit, insurance, employment nor for any other purpose under the FCRA.

© 2021 Interactive Data, LLC. All rights reserved.

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF TENNESSEE

In re: Mitchell S McCullough )
)
*Debtor(s)* ) Case Number 85-02054

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An application having been filed for the Claimant(s), Mitchell S McCullough for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a), and the application and supporting documentation having established that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 943.29 held in unclaimed funds be made payable to Mitchell S McCullough and be disbursed to the payee at the following address:
5516 Eulala Dr., Antioch TN 37211

The Clerk will disburse these funds not earlier than 14 days after entry of this order.