Form vorder

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No.: 3:21−mp−80008

Judge: Marian F Harrison

In Re:

Plaintiff/Movant : MITCHELL S MCCULLOUGH SR

vs

Defendant/Respondent :

ORDER

ORDER by Judge Harrison : With regard to docket entry # 8, if a timely objection is filed to the debtor's motion for payment of unclaimed funds, the hearing will be held on Tuesday, July 13, 2021, at 9:00 a.m., telephonically. The call−in number is 1−888−363−4749; Access Code 4511038#. If no objections are filed, the debtor may submit an order granted the requested relief. (RE: related document(s) 8) (dll)

Dated: 6/11/21

/s/ Marian F Harrison
UNITED STATES BANKRUPTCY JUDGE