United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 21-80008-MFH
MCCULLOUGH, SR  Chapter
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: dll4262     Page 1 of 1
Date Rcvd: Jun 11, 2021     Form ID: vorder     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

**Recip ID**     **Recipient Name and Address**
miscprom     + MITCHELL S MCCULLOUGH, SR, 5516 EULALA DR, ANTIOCH, TN 37211-6145

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

**Name**     **Email Address**
MEGAN REED SELIBER
    on behalf of Miscellaneous Proc. Movant/Plaintiff US TRUSTEE megan.seliber@usdoj.gov

TOTAL: 1

Form vorder

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Adversary Proceeding No.: 3:21−mp−80008

Judge: Marian F Harrison

In Re:

Plaintiff/Movant : MITCHELL S MCCULLOUGH SR

   vs

Defendant/Respondent :

## ORDER

ORDER by Judge Harrison : With regard to docket entry # 8, if a timely objection is filed to the debtor's motion for payment of unclaimed funds, the hearing will be held on Tuesday, July 13, 2021, at 9:00 a.m., telephonically. The call−in number is 1−888−363−4749; Access Code 4511038#. If no objections are filed, the debtor may submit an order granted the requested relief. (RE: related document(s) 8) (dll)

Dated: 6/11/21

                                        /s/ Marian F Harrison
                                        UNITED STATES BANKRUPTCY JUDGE