IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re: ) Chapter: 7
)
   Mitchell S McCullough Sr. )
)
Debtor(s) ) Case No: 21-80008

## CERTIFICATE OF NO OBJECTION

This is to confirm that as of __7/20/2021__ no objections have been filed regarding the Application for Payment of Unclaimed Funds at Docket # __8__.

This Application was filed by June 4, 2021 for the release of the unclaimed funds totaling $ 943.29 _____.

It is requested that the Order to Pay Unclaimed Funds be granted.

Respectfully submitted,

*/s/ Mitchell S McCullough Sr.*

Claimant

Dated:

FILED 2021 AUG -3 PM 3:10
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF TN