*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 8/5/2021



# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

IN RE:

MITCHELL S MCCULLOUGH, SR,
        MOVANT/PLAINTIFF.

CASE NO. 3:21-MP-80008
JUDGE MARIAN F. HARRISON

---

### ORDER VACATING CLOSING AND REOPENING MISCELLANEOUS PROCEEDING

On July 20, 2021, the Clerk erroneously closed the above miscellaneous proceeding.

The erroneous closing is hereby **VACATED** and the miscellaneous proceeding is re-opened.

IT IS SO ORDERED.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.